IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EUGENE RODMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHELE SNOWBERGER,<br><br>               Defendant. | CV 22-118-BLG-SPW-KLD<br><br>FINDINGS & RECOMMENDATION |

On October 18, 2022, Plaintiff Eugene Rodman, who is proceeding pros se, lodged a pleading which the Court has construed as a complaint. (Docs. 1 and 3). On October 24, 2022, Plaintiff filed a letter and application to proceed in forma pauperis under 28 U.S.C. § 1915(a). (Doc. 2). Because the application to proceed in forma pauperis did not provide any financial information, the Court denied Plaintiff's application to proceed in forma pauperis. (Doc. 3).

The Court gave Plaintiff 14 days, until December 6, 2022, to either pay the filing fee or submit an amended application to proceed in forma pauperis with the requisite financial information. (Doc. 3). The Court also cautioned Plaintiff that failure to comply with any part of its Order could result in dismissal of Plaintiff's case pursuant to Federal Rule of Civil Procedure 41.

1

On December 7, 2022, Plaintiff filed a document which the Court construes as an amended complaint. (Doc. 4). Plaintiff still has not paid the filing fee or provided an amended application to proceed in forma pauperis. Accordingly,

IT IS RECOMMENDED that this action be dismissed without prejudice pursuant to Rule 41(b) for Plaintiff's failure to pay the filing fee or submit an amended application to proceed in forma pauperis in compliance with the Court's order. Plaintiff may object to this Findings and Recommendation within 14 days. See 28 U.S.C. § 636(b)(1).

DATED this 12th day of December, 2022.

Kathleen L. DeSoto
United States Magistrate Judge